## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| Jason P. Novack, *et al.*, | : | |
| | : | No. 2:24-cv-06531-KBH |
| Petitioners, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | Honorable Kelley Brisbon Hodge J. |
| Commonwealth of Pennsylvania, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## MOTION TO FILE EXHIBIT UNDER SEAL FILED ON BEHALF OF RESPONDENT, PROJECT HOME

*AND NOW*, comes Respondent, Project HOME, by and through its undersigned counsel, and moves this Honorable Court for leave to file Exhibit "C" to Project HOME's Motion to Dismiss Petition for Review Pursuant to FED. R. CIV. P. 12(b)(6) and to Strike the "John Doe" and "Jane Doe" Petitioners under seal, and in support thereof avers as follows:

1.  On November 8, 2024, Petitioners initiated this action by filing a Petition for Review in the Commonwealth Court of Pennsylvania.

2.  On December 6, 2024, Project HOME removed this matter to the United States District Court for the Eastern District of Pennsylvania.

3.  Petitioner "John Doe" alleges that he is entitled to anonymity pursuant to the Daniel Anderl Judicial Security and Privacy Act of 2022, Pub.L. 117-263, § 5931, *et seq.*

4.  On January 22, 2025, Project HOME filed a Motion to Dismiss the Petition for Review Pursuant to FED. R. CIV. P. 12(b)(6).

5.  Exhibit "C" to the Motion to Dismiss consists of a video of the incident underlying Petitioners' claims.

- 1 -

6.      The video shows the faces of Petitioners "John Doe" and "Jane Doe."

7.      While the Court considers Project HOME's Motion to Dismiss, Project HOME requests that it be permitted to file Exhibit "C" under seal pursuant to FED. R. CIV. P. 5.2(d).

**WHEREFORE**, Respondent, Project HOME, respectfully requests that this Honorable Court grant this Motion and allow Project HOME to file Exhibit "C" to its Motion to Dismiss Petitioners' Petition for Review under seal.

Respectfully submitted,

**COHEN VAUGHAN, LLP**

By:    /s/ *Rufus A. Jennings*

Rufus A. Jennings, Esquire
Pa. Attorney Identification No. 93030
1601 Market Street, Suite 3400
Philadelphia, PA 19103
Phone:  (215) 587-9400
Fax:      (215) 5879456
Email:   rjennings@cohenvaughan.com

Attorney for Respondent, Project HOME

Date:   January 22, 2025

- 2 -

#1626707 v2

<u>CERTIFICATE OF SERVICE</u>

I, Rufus A. Jennings, hereby certify that, on the date set forth below, I did cause true and correct copies of Project HOME's Motion for Leave to File Exhibit Under Seal and accompanying Memorandum of Law to be filed with the Court's ECF/PACER electronic filing system, where they were available for immediate viewing and download to the following individuals:

Greg B. Emmons, Esquire
**G. EMMONS LAW, LLC**
117 South Sixth Street
Perkasie, PA 18944-1352

Matthew R. Skolnik, Esquire
**PENNSYLVANIA OFFICE OF ATTORNEY GENERAL**
1600 Arch Street, Suite 300
Philadelphia, PA 19103

Ryan B. Smith, Esquire
**CITY OF PHILADELPHIA LAW DEPARTMENT**
1515 Arch Street, 15th Floor
Philadelphia, PA 19102

/s/ *Rufus A. Jennings*
Rufus A. Jennings, Esquire

Date:  January 22, 2025

- 3 -

#1626707 v2