## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Jason P. Novack, *et al.*, | : | |
| | : | No. 2:24-cv-06531-KBH |
| Petitioners, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | Honorable Kelley Brisbon Hodge J. |
| Commonwealth of Pennsylvania, *et al.*, | : | |
| | : | |
| Respondents. | : | |
| | : | |

### ORDER

*AND NOW*, this            day of         , 2025, upon consideration of Project HOME's Motion to File Exhibit Under Seal, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.  Defendant, Project HOME shall file Exhibit "C" to its Motion to Dismiss Petition for Review under seal in hard copy only.  A courtesy copy shall be provided to Chambers.

BY THE COURT:

By:    _____
Hon. Kelley Brisbon Hodge, J.

- 1 -

#1663989 v2